# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 12, 2015

## NO. 03-14-00572-CV

**Traci Yocham, Appellant**

**v.**

**Farmers Texas County Mutual Company, Appellee**

## APPEAL FROM THE 33RD DISTRICT COURT OF BURNET COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD
## DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE FIELD

This is an appeal from the judgment signed by the trial court on July 8, 2014. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.